JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HECTOR BAUTISTA,<br><br>      Petitioner,<br><br>      v.<br><br>RON BARNES,<br><br>      Respondent. | Case No. SACV 13-00050 JAK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 10, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE